1  SEYFARTH SHAW LLP
Robert B. Milligan (SBN 217348)

2  *rmilligan@seyfarth.com*
D. Joshua Salinas (SBN 282065)

3  *jsalinas@seyfarth.com*
2029 Century Park East, Suite 3500

4  Los Angeles, California 90067-3021
Telephone: (310) 277-7200

5  Facsimile: (310) 201-5219

6  SEYFARTH SHAW LLP
Michael D. Wexler (*pro hac vice* app. to be filed)

7  Andrew C. Boutros (*pro hac vice* app. to be filed)
233 South Wacker Drive, Suite 8000

8  Chicago, Illinois 60606
Telephone: (312) 460-5000

9  Facsimile: (312) 460-7000

10  Attorneys for Defendant
FUTUREWEI TECHNOLOGIES, INC.

11

12

13  **UNITED STATES DISTRICT COURT**

14  **NORTHERN DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| YIREN HUANG, an individual, and CNEX Labs, Inc., Delaware corporation, | Case No. 5:18-cv-534 |
| Plaintiff, | **DECLARATION OF PAUL C. HASHIM IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL UNDER 28 U.S.C. §§ 1332(a), 1367, 1441(a) AND 1446** |
| v. | |
| FUTUREWEI TECHNOLOGIES, INC., a Texas corporation; and DOES 1-10, inclusive, | (Santa Clara Superior Court Case No. 17CV321153) |
| Defendant. | |
| | Complaint Filed:     Dec. 28, 2017 |

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF PAUL C. HASHIM

## DECLARATION OF PAUL C. HASHIM

I, Paul C. Hashim, declare as follows:

1.      I am Chief IP Counsel of Futurewei Technologies, Inc. ("Futurewei"). I have worked for Futurewei for nearly nine years.  I have been Chief IP Counsel for Futurewei for the past five years.  The following facts are true of my own personal knowledge, as to which I could competently testify.

2.      I submit this declaration in support of Futurewei's Notice of Removal.

3.      My responsibilities as Chief IP Counsel include oversight of Futurewei's various intellectual property (IP) functions, such as oversight of in-house counsel  in connection with support of various Futurewei client research and development business units, evaluation of external service providers, procedural compliance of internal and external IP law support functions, personnel training, recruiting of attorneys, agents and paralegals, employee performance evaluation and compensation, and accountability for assigned activities over which I have responsibility. I also assist with the development and administration of Futurewei policies and guidelines, including agreements, procedures, and policies associated with protection of Futurewei's trade secret and confidential information. I have knowledge of, and am familiar with, Futurewei's corporate structure and the location of its principal place of business and corporate headquarters.

4.      Futurewei is incorporated in the State of Texas, with its principal place of business at 5340 Legacy Drive, Suite 175, Plano, Texas, 75024. In particular, the principal place of business for the ownership and management of the intellectual property assets at issue in this dispute is in Plano, Texas. Futurewei is authorized to do business in California.

5.      Futurewei is a subsidiary of Huawei Technologies, Co., Ltd. ("Huawei"), who is a Chinese corporation with its principal place of business at Huawei Industrial Base, Bantian, Longgang District, Shenzhen, Guangdong, P.R. China 518129.

6.      Huawei is a multinational networking and telecommunications equipment and services company that develops, manufactures, and sells a diverse range of products that promote interconnectivity, including cellular mobile infrastructure equipment (e.g. base stations), routers,

1   switches, security, and data and cloud storage devices. As a subsidiary of Huawei, Futurewei

2   conducts research into technologies that can be developed by Huawei into next generation

3   products for the United States and global marketplace.

4        7.    I understand the Complaint in the present action alleges that "Futurewei (R&D)

5   USA Headquarters" are located at 2220 Central Expressway, Santa Clara, California 95050. This

6   is not correct. "Futurewei (R&D) USA Headquarters" is not a legal entity of Futurewei, and has

7   no organizational relevance within Futurewei. Futurewei's principal place of business is located

8   in Plano, Texas.

9        8.    As a Principal Engineer and a leading architect for Futurewei's Solid State Drive

10   storage group, Yiren Huang ("Huang") directly participated in and assisted in developing

11   Futurewei and Huawei's Advanced Computing Network ("ACN"), Solid State Drive ("SSD"),

12   and Non-Volatile Memory Express ("NVMe") related technology, and in developing information

13   necessary for Futurewei to conduct its business in a competitive market place.

14        9.    During his employment with Futurewei, Huang was entrusted with and

15   maintained regular and ongoing access to Futurewei's and Huawei's confidential, proprietary,

16   and trade secret information, which included, but was not limited to, the research and

17   development of their ACN, SSD, and NVMe related technology. Futurewei values this

18   information far in excess of $75,000.

19        10.    Futurewei has spent sums far exceeding $75,000 and many years developing this

20   confidential, proprietary, and trade secret information that is so vital to its success.

21        11.    Futurewei has identified the following patent applications to date that were filed

22   by Huang after leaving Futurewei (collectively, the "Patent Applications").

23

| Publication/Patent Number | Priority Date | File Date | Publication Date | Application Number | Assignee |
|---|---|---|---|---|---|
| CN105556930 | 6/26/2013 | 6/19/2014 | 5/4/2016 | CN2014842920 | CNEX Labs, Inc. |
| TW201524170 | 6/26/2013 | 6/26/2014 | 6/16/2015 | TW20140122146 | CNEX Labs, Inc. |
| TWI571087 | 6/26/2013 | 6/26/2014 | 2/11/2017 | TW20140122146 | CNEX Labs, Inc. |

DECLARATION OF PAUL C. HASHIM

| Publication/Patent Number | Priority Date | File Date | Publication Date | Application Number | Assignee |
|---|---|---|---|---|---|
| US20150006663 | 6/26/2013 | 2/26/2014 | 1/1/2015 | US14/191335 | CNEX Labs, Inc. |
| US20150378605 | 6/26/2013 | 9/2/2015 | 12/31/2015 | US14/843884 | CNEX Labs, Inc. |
| US20150378606 | 6/26/2013 | 9/2/2015 | 12/31/2015 | US14/843891 | CNEX Labs, Inc. |
| US20150378640 | 6/26/2013 | 9/2/2015 | 12/31/2015 | US14/843892 | CNEX Labs, Inc. |
| US20160085718 | 6/26/2013 | 11/30/2015 | 3/24/2016 | US14/954691 | CNEX Labs, Inc. |
| US20160357698 | 6/26/2013 | 8/19/2016 | 12/8/2016 | US15/242299 | CNEX Labs, Inc. |
| US9430412 | 6/26/2013 | 2/26/2014 | 8/30/2016 | US14/191335 | CNEX Labs, Inc. |
| US9785355 | 6/26/2013 | 9/2/2015 | 10/10/2017 | US14/843884 | CNEX Labs, Inc. |
| US9785356 | 6/26/2013 | 9/2/2015 | 10/10/2017 | US14/843891 | CNEX Labs, Inc. |
| WO2014209764 | 6/26/2013 | 6/19/2014 | 12/31/2014 | WO2014US43279 | CNEX Labs, Inc. |
| US20150019797 | 7/14/2013 | 6/25/2014 | 1/15/2015 | US14/315172 | CNEX Labs, Inc. |
| US20150019798 | 7/15/2013 | 7/11/2014 | 1/15/2015 | US14/329578 | CNEX Labs, Inc. |
| US9785545 | 7/15/2013 | 7/11/2014 | 10/10/2017 | US14/329578 | CNEX Labs, Inc. |
| US20150032956 | 7/29/2013 | 7/25/2014 | 1/29/2015 | US14/341260 | CNEX Labs, Inc. |
| US20150036432 | 8/5/2013 | 8/4/2014 | 2/5/2015 | US14/451176 | CNEX Labs, Inc. |
| US9275740 | 8/5/2013 | 8/4/2014 | 3/1/2016 | US14/451176 | CNEX Labs, Inc. |
| US20150058539 | 8/22/2013 | 8/22/2014 | 2/26/2015 | US14/466858 | CNEX Labs, Inc. |
| US9292434 | 8/22/2013 | 8/22/2014 | 3/22/2016 | US14/466858 | CNEX Labs, Inc. |
| US20150248331 | 12/23/2013 | 7/11/2014 | 9/3/2015 | US14/328770 | CNEX Labs, Inc. |
| CN106104491 | 3/1/2014 | 2/26/2015 | 11/9/2016 | CN2015811315 | CNEX Labs, Inc. |
| TW201602775 | 3/1/2014 | 2/26/2015 | 1/16/2016 | TW20150106251 | CNEX Labs, Inc. |
| TWI570549 | 3/1/2014 | 2/26/2015 | 2/11/2017 | TW20150106251 | CNEX Labs, Inc. |
| WO2015134262 | 3/1/2014 | 2/26/2015 | 9/11/2015 | WO2015US17698 | CNEX Labs, Inc. |

12.     Futurewei believes each of the Patent Applications constitute a Subject Idea or

Invention under the terms of Huang's Employment Agreement with Futurewei which Huang

4

DECLARATION OF PAUL C. HASHIM

1  created using Futurewei's confidential, proprietary, and trade secret information. Futurewei

2  values these Subject Ideas or Inventions, the patents and patent applications, all of which are

3  based on Futurewei's confidential, proprietary, and trade secret information, far in excess of

4  $75,000.

5          13.      Futurewei's trade secret and confidential information is of great value to

6  Futurewei and Huawei, and could give any competitor of Futurewei, including Huang's current

7  employer—CNEX Labs, Inc.—an unfair competitive advantage.  Futurewei and Huawei

8  routinely protect innovations developed by their respective employees by way of patents, where

9  appropriate.  In this regard, Futurewei in the United States – and Huawei globally – have filed

10  seventeen patent applications arising from three provisional patent applications originated by Mr.

11  Huang during the course of his employment at Futurewei.  Four patents have issued to date from

12  these applications.  Details of these patent filings are listed below:

13

| U.S. Priority Date | U.S. Provisional Serial No. | Type | Title | Publication No. | Patent No. |
|---|---|---|---|---|---|
| Nov. 17, 2011 | 61/561,160 | U.S. Provisional | Method and Apparatus for Scalable Low Latency Solid State Drive Interface | N/A | N/A |
| | | U.S. Non-Provisional | Method and Apparatus for Scalable Low Latency Solid State Drive Interface | 20130132643 | 9,767,058 |
| | | U.S. Non-Provisional | Method and Apparatus for Scalable Low Latency Solid State Drive Interface | 20130135816 | Pending |
| | | U.S. Non-Provisional | Method and Apparatus for Scalable Low Latency Solid State Drive Interface | 20170371825 | Pending |
| | | PCT | Method and Apparatus for Scalable Low Latency Solid State Drive Interface | WO2013071892 | Pending |
| | | China National | Method and Apparatus for Scalable Low Latency Solid State Drive Interface | 103907088 A | Pending |
| | | European Regional | Method and Apparatus for Scalable Low Latency Solid State Drive Interface | EP2780791 | Pending |

5

DECLARATION OF PAUL C. HASHIM

| Aug. 12, 2011 | 61/523,251 | U.S. Provisional | Method and Apparatus for Flexible RAID in SSD | N/A | N/A |
|---|---|---|---|---|---|
| | | U.S. Non-Provisional | Method and Apparatus for Flexible RAID in SSD | 20130042053 | 9,424,128 |
| | | U.S. Non-Provisional | Method and Apparatus for Flexible RAID in SSD | 20160320991 | Pending |
| | | PCT | Method and Apparatus for Flexible RAID in SSD | WO2013023564 | Pending |
| | | China National | Method and Apparatus for Flexible RAID in SSD | 103718162 A | 2012 80038141.1 |
| | | European Regional | Method and Apparatus for Flexible RAID in SSD | EP2732373 | Pending |
| July 20, 2011 | 61/509,930 | U.S. Provisional | Method and Apparatus for SSD Storage Access | N/A | N/A |
| | | U.S. Non-Provisional | Method and Apparatus for SSD Storage Access | 20130024599 | Pending |
| | | PCT | Method and Apparatus for SSD Storage Access | WO2013012901 | Pending |
| | | China National | Method and Apparatus for SSD Storage Access | 103703450 A | 2012 80035706.0 |

Each of the foregoing U.S. patent applications was originated and prosecuted by the law firm of Slater and Matsil, located in Dallas, Texas, based upon numerous telephonic and email exchanges between Mr. Huang and Slater and Matsil personnel in Texas.

14.     To date, Futurewei has obtained, but has not been served with process of, Plaintiffs' Complaint in the above-referenced matter. A true and correct copy of the Complaint and all other process, pleadings, and orders are collectively attached to Futurewei's Notice of Removal as Exhibit A.

6

DECLARATION OF PAUL C. HASHIM

1         I declare under penalty of perjury under the laws of the United States of America that the

2     foregoing is true and correct and was executed this 24th day of January 2018, at Plano, Texas.

3

4

5                                                     Paul C. Hashim

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF PAUL C. HASHIM