SEYFARTH SHAW LLP
Robert B. Milligan (SBN 217348)
rmilligan@seyfarth.com
D. Joshua Salinas (SBN 282065)
jsalinas@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

SEYFARTH SHAW LLP
Michael D. Wexler (*pro hac vice* app. to be filed)
Andrew C. Boutros (*pro hac vice* app. to be filed)
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Attorneys for Defendant
FUTUREWEI TECHNOLOGIES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| YIREN HUANG, an individual, and CNEX Labs, Inc., Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FUTUREWEI TECHNOLOGIES, INC., a Texas corporation; and DOES 1-10, inclusive,<br><br>Defendant. | Case No. 5:18-cv-00534-BLF<br><br>**DECLARATION OF D. JOSHUA SALINAS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER, OR TO STAY**<br><br>(Santa Clara County Superior Court Case No. 17CV321153)<br><br>Date:         April 5, 2018<br>Time:        9:00 a.m.<br>Courtroom:  3 - 5th Floor<br><br>Complaint Filed: Dec. 28, 2017 |

DECLARATION OF D. JOSHUA SALINAS
CASE NO. 5:18-CV-00534-BLF

## DECLARATION OF D. JOSHUA SALINAS

I, D. Joshua Salinas, hereby declare:

1. I am an attorney licensed to practice law in the State of California and before this Court. I am an attorney in the law firm of Seyfarth Shaw LLP, the attorneys of record for Defendant Futurewei Technologies, Inc. ("Futurewei"). I have personal knowledge of the matters set forth in this declaration, except as indicated, and as to those facts I believe them to be true, and if called to testify to them, could and would so competently.

2. I submit this declaration in support of Futurewei's Motion to Dismiss or, in the Alternative, to Transfer, or to Stay.

3. Attached as **Exhibit 1** to Futurewei's concurrently filed Request for Judicial Notice is a true and correct copy of Futurewei and Huawei Technologies Co. Ltd.'s Complaint, filed on December 28, 2017, in "*Huawei Technologies Co. Ltd. et al. v. Huang et al.*," United States District Court for the Eastern District of Texas, Case No. 4:17-cv-00893, which I caused to be accessed and downloaded on January 31, 2018 from the PACER system (www.pacer.gov).

4. Attached as **Exhibit 2** to Futurewei's concurrently filed Request for Judicial Notice is a true and correct copy of the docket for "*Huawei Technologies Co. Ltd. et al. v. Huang et al.*," United States District Court for the Eastern District of Texas, Case No. 4:17-cv-00893, as of January 31, 2018, which I caused to be accessed and downloaded on January 31, 2018 from the PACER system (www.pacer.gov).

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 31st day of January 2018, at Los Angeles, California.

_____
D. Joshua Salinas