MICHAEL J. SACKSTEDER (CSB No. 191605)
msacksteder@fenwick.com
BRYAN A. KOHM (CSB No. 233276)
bkohm@fenwick.com
GUINEVERE L. JOBSON (CSB No. 251907)
gjobson@fenwick.com
SHANNON TURNER (CSB No. 310121)
sturner@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:	415.875.2300
Facsimile:	415.281.1350

Attorneys for Plaintiffs
CNEX LABS, INC. and YIREN HUANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YIREN HUANG, an individual, and CNEX LABS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FUTUREWEI TECHNOLOGIES, INC., a Texas corporation; HUAWEI TECHNOLOGIES CO., LTD., a Chinese corporation, and DOES 1 through 10,<br><br>Defendants. | Case No.: 5:18-cv-00534-BLF<br><br>**NOTICE OF MOOTNESS**<br><br>Date:	April 5, 2018<br>Time:	9:00 a.m.<br>Courtroom:	3 – 5th Floor<br><br>Complaint Filed:	December 28, 2017 |

Plaintiffs Yiren Ronnie Huang and CNEX Labs, Inc. ("CNEX") (collectively, "Plaintiffs") hereby provide notice to the Court that Defendant Futurewei Technologies, Inc.'s ("Futurewei") Motion to Dismiss or, in the Alternative, to Transfer, or to Stay (Dkt. No. 12) is moot in light of Plaintiffs filing their First Amended Complaint (Dkt. No. 21) against Futurewei and Huawei Technologies Co., Ltd. ("Huawei") (collectively, "Defendants").  Plaintiffs' First Amended Complaint adds Huawei as a defendant to the action and asserts additional causes of action against Defendants.

Although Futurewei's motion did not specifically recite Fed. R. Civ. P. 12(b), Futurewei's motion, which seeks to enforce a purported forum-selection clause, is treated as a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(3). *See Doe 1 v. AOL LLC*, 552 F.3d 1077, 1081 (9th Cir. 2009). In fact, if Futurewei were to contend that its motion is not a response to the Complaint under Rule 12, Futurewei could only be found to have failed to timely respond to the Complaint and waived its objection to venue. Futurewei cannot avoid this conclusion by claiming incorrectly that it was not served with process prior to removal. (*See* Declaration of Paul C. Hashim (Dkt. 3) ¶ 14.) Contrary to that assertion, Futurewei was served with process on January 2, 2018. See Exhibit A. Plaintiffs' First Amended Complaint should therefore moot Futurewei's motion.

Dated: February 14, 2018          FENWICK & WEST LLP

By: */s/ Michael J. Sacksteder*
    Michael J. Sacksteder

Attorneys for Plaintiffs
CNEX LABS, INC. and YIREN HUANG